```
Mahir T. Sherif (SB# 135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115
```

Attorney for Material Witness, Jeovanni Diosdado-Juarez

FILED
07 SEP 12 AM 10:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CLAUDIA ELIZABETH DIAZ MARTINEZ,<br><br>    Defendant. | Case No.: 05-CR-1843-BTM<br><br>EX PARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

### EX PARTE APPLICATION

I, Mahir T. Sherif, attorney for material witness, Jeovanni Diosdado-Juarez, submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after the material witness was ordered released and the case closed.

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the Court order the exoneration of the Material Witness Bond and also order the Clerk of Court to return the cash security to the surety.

Dated: September 7, 2007

Respectfully Submitted,

By: <u>s/Mahir T. Sherif</u>
Mahir T. Sherif
mahirsherif@sbcglobal.net
Attorney for Material Witness

## ORDER

IT IS ORDERED that the personal surety bond which secured the presence of material witness, Jeovanni Diosdado-Juarez, is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $100 held in the Registry of the Court to the Surety:

                      Bernardo Diosdado
                 238 North Pico Drive, Unit B
                 Fallbrook, California 92028

Dated: 9/10/07

Honorable Barry Ted Moskowitz
U.S. District Court Judge